**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHIZZLE POP LLC, a California limited liability company, | CASE NO. 10-2788-GW (FMOx) |
| | HON. GEORGE H. WU |
| Plaintiff, | **ORDER RE DISMISSAL OF PLAINTIFF SHIZZLE POP LLC'S COMPLAINT** |
| vs. | |
| KMART CORPORATION, a Michigan corporation, TOYS 'R' US, INC., a Delaware corporation, DOES 1-10, | |
| Defendants. | |

Pursuant to the parties' stipulation, the entire action *Shizzle Pop LLC v. Kmart Corporation et al.*, Case No. 10-2788-GW (FMOx) is dismissed with prejudice.

Each party shall bear its own fees and costs.

November 18, 2010

_____
GEORGE H. WU, U.S. District Judge